

2015 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

7-29-2015

# Clipper Pipe & Service Inc v. Ohio Casualty Insurance Co

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2015

Recommended Citation

"Clipper Pipe & Service Inc v. Ohio Casualty Insurance Co" (2015). *2015 Decisions.* Paper 804.
http://digitalcommons.law.villanova.edu/thirdcircuit_2015/804

This July is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University
School of Law Digital Repository. It has been accepted for inclusion in 2015 Decisions by an authorized administrator of Villanova University School of
Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT
_____

No. 14-1716
_____


CLIPPER PIPE & SERVICE, INC.

v.

THE OHIO CASUALTY INSURANCE COMPANY;
CONTRACTING SYSTEMS, INC. II,
                                        Appellants

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
District Court No. 5-12-cv-05831
District Judge: The Honorable Stewart Dalzell

Submitted Pursuant to Third Circuit L.A.R. 34.1(a)
November 21, 2014


Before: MCKEE, Chief Judge, SLOVITER, and RENDELL, *Circuit Judges*


_____

JUDGMENT ORDER
_____

In light of the ruling of the Pennsylvania Supreme Court in *Clipper Pipe & Service, Inc.*

*v. Ohio Casualty Insurance Co.*, No. 59 EAP 2014, --- A.3d ----, 2015 WL 3672275 (Pa.

June 15, 2015), this case is remanded to the District Court for further proceedings as may

be necessary in light of the inapplicability of the Contractors and Subcontractors Payment

Act ("CASPA") (e.g., regarding calculation of interest, if necessary, for state law claims)

and for dismissal of all claims under CASPA.

By the Court,


s/MARJORIE O. RENDELL
 Circuit Judge



Attest:


s/Marcia M. Waldron
Clerk


Dated: July 29, 2015